J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP
201 International Circle, Suite 230
Hunt Valley, Maryland 21030
Telephone: (410) 783-5795
Email: jssimms@simmsshowers.com

Lafcadio Darling, OSB No. 220665
Holmes Weddle & Barcott, P.C.
3101 Western Avenue, Suite 500
Seattle, Washington 98121
Telephone: (206) 292-8008
Email: ldarling@hwb-law.com

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| HMS BERGBAU SINGAPORE PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>M/V TAC SUZUKA, IMO No. 9880128, her engines, tackle, equipment, appurtenances, etc., in rem; and THE BUNKERS ABOARD THE M/V TAC SUZUKA,<br><br>Defendants *in rem*. | Case No. 3:26-cv-01876<br><br>**VERIFIED COMPLAINT *IN REM***<br><br>**IN ADMIRALTY** |

Plaintiff HMS Bergbau Singapore Pte. Ltd. ("HMSB"), by counsel, brings this verified admiralty and maritime complaint in rem against the M/V TAC SUZUKA, IMO No. 9880128 (the "Vessel") and the bunkers aboard her at arrest (the "Bunkers"), and alleges as follows:

**NATURE OF THE ACTION**

1. This is an admiralty action to enforce HMSB's maritime lien for necessaries provided to the Vessel and HMSB's retained proprietary interest in the Bunkers.

2. HMSB designates this action as an admiralty or maritime claim under Federal Rule of Civil Procedure 9(h) and invokes Supplemental Rules C and D for Admiralty or Maritime Claims and Asset Forfeiture Actions.

3. HMSB seeks arrest of the Vessel under Supplemental Rule C and 46 U.S.C. §§ 31341 and 31342, and arrest of the Bunkers under Supplemental Rule D and the parties' express reservation-of-title agreement.

**PARTIES AND PROPERTY**

4. HMSB is a private limited company organized and existing under the laws of Singapore, with its principal place of business at 6 Battery Road, #03-05, Singapore 049909.

5. The Vessel is the oceangoing M/V TAC SUZUKA, IMO No. 9880128, together with her engines, tackle, apparel, equipment, appurtenances, and all other property aboard belonging to her.

6. On information and belief, the Vessel is now, or during the pendency of this action will be, located at Vancouver, Washington, within the navigable waters of the District of Oregon and within this Court's territorial jurisdiction.

7. The Bunkers are the marine fuel aboard the Vessel at the time of arrest, including the remaining, identifiable product supplied under the transaction alleged below and any commingled product into which HMSB's proprietary interest may be traced.



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

## JURISDICTION AND VENUE

8. This Court has subject-matter jurisdiction under 28 U.S.C. § 1333(1) because this is a civil case of admiralty and maritime jurisdiction.

9. This Court has *in rem* jurisdiction when the Vessel and Bunkers are arrested within this District. Venue is proper under 28 U.S.C. § 1390(b) and the Supplemental Admiralty Rules because the res is present or expected within this District.

10. The claim arises from a maritime contract for the sale and delivery of marine fuel to an oceangoing vessel.

## THE BUNKER TRANSACTION

11. On or about November 2025, AUM Commodities FZCO as charterer or subcharterer of the Vessel contracted with HMSB for HMSB to arrange delivery of marine fuel to the Vessel. The written confirmation identifies the buyer as "MASTER AND/OR OWNER AND/OR MANAGING OWNERS AND/OR OPERATORS AND/OR CHARTERERS" of the Vessel and/or AUM Commodities FZCO.

12. The confirmation identifies HMSB as Seller, Oil Marketing and Trading International F.Z.C. as physical supplier, the Vessel by name and IMO number, and Fujairah, United Arab Emirates as the place of supply.

13. HMSB's latest General Terms and Conditions for the Sale of Marine Fuels and Lubricants (the "HMS Terms") were expressly incorporated into the confirmation.

14. On November 23, 2025, at Fujairah, 389.12 metric tons of VLSFO were delivered to and accepted by the Vessel at USD 468.00 per metric ton.



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

15. HMSB issued Invoice No. RA25S0696, dated December 10, 2025, in the principal amount of $182,108.16, due January 7, 2026.

16. The invoice remains unpaid despite maturity and demand. The principal amount presently due is $182,108.16, together with contract interest from January 7, 2026, recovery costs, attorneys' fees, custodia legis expenses, and court costs.

17. The confirmation requires late-payment interest at two percent per month, prorated daily and compounded from the due date until receipt of cleared funds.

18. Clause 2.3 of the HMS Terms provides that bunker sales are made on the order of the registered owner, that product ordered by a charterer, broker, manager, or other party is ordered on the registered owner's behalf, and that the owner is jointly and severally liable for the Price.

19. Clauses 9.1 and 9.2 recognize and warrant HMSB's right to assert a maritime lien in rem against the Vessel for the Price, overdue interest, and associated recovery costs.

20. Clause 21.1 provides that United States general maritime law and the Commercial Instruments and Maritime Liens Act, 46 U.S.C. § 31301 et seq., govern the existence of a maritime lien and permit collection proceedings wherever the Vessel may be found.

21. Clauses 6.1 through 6.4 provide that title to the Product passes only after HMSB receives the Price; until payment, the possessor holds the Product as bailee for HMSB; permission to consume ceases upon nonpayment; and HMSB may trace its proprietary interest into commingled product.

**COUNT I MARITIME LIEN AGAINST THE VESSEL**

22. HMSB repeats paragraphs 1 through 21.

23. The fuel supplied to the Vessel was a "necessary" within 46 U.S.C. § 31301(4).



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

24. HMSB provided the fuel to the Vessel on the order of the owner or a person presumed authorized by 46 U.S.C. § 31341(a), including a charterer, owner, manager, master, or authorized agent identified in the confirmation.

25. Under 46 U.S.C. § 31342(a), HMSB has a maritime lien on the Vessel and may bring this civil action in rem to enforce it without alleging or proving that credit was given to the Vessel.

26. The Vessel is liable *in rem* for $182,108.16, together with contractual interest, reasonable recovery costs and attorneys' fees to the extent recoverable as part of the maritime lien, custodia legis expenses, and court costs.

**COUNT II POSSESSORY AND PROPRIETARY CLAIM AGAINST THE BUNKERS**

27. HMSB repeats paragraphs 1 through 26.

28. Under the express reservation-of-title provisions of the HMS Terms, HMSB retained title to the Product until payment in full.

29. Payment has not been made. To the extent the supplied Product remains aboard, alone or commingled, HMSB holds a proprietary and possessory interest in the Bunkers corresponding to the quantity or net value of the Product delivered.

30. HMSB is entitled under Supplemental Rule D to arrest the Bunkers and obtain possession, return, sale, or the value of its proprietary share, subject to proof at trial.

**PRAYER FOR RELIEF**

WHEREFORE, HMSB requests that the Court:

A. Direct the Clerk to issue a warrant for arrest of the Vessel under Supplemental Rule C and a warrant for arrest of the Bunkers under Supplemental Rule D;



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

B. Enter judgment in rem against the Vessel for $182,108.16, plus contractual prejudgment interest from January 7, 2026, recoverable attorneys' fees and collection expenses, custodia legis expenses, and costs;

C. Enter judgment recognizing HMSB's possessory and proprietary interest in the Bunkers and directing their return or sale and application of their value to HMSB's claim;

D. Order interlocutory or final sale of the arrested property if security is not posted, and apply the proceeds according to law; and

E. Grant such other relief as is just.

Dated: September 10, 2026

Respectfully submitted,

SIMMS SHOWERS LLP

By: *_/s/ J. Stephen Simms_*
J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP
201 International Circle, Suite 230
Hunt Valley, Maryland 21030
Telephone: (410) 783-5795
Email: jssimms@simmsshowers.com

HOLMES WEDDLE & BARCOTT, P.C.

By: *_/s/ Lafcadio H Darling_*
Lafcadio Darling, OSB No. 220665
Holmes Weddle & Barcott, P.C.
3101 Western Avenue, Suite 500
Seattle, Washington 98121
Telephone: (206) 292-8008
Email: ldarling@hwb-law.com

HMSB Counsel

**VERIFICATION**

I, J. Stephen Simms, counsel for HMSB, declare under penalty of perjury under the laws of the United States that I have reviewed the foregoing Verified Complaint; that the allegations are true and correct to the best of my knowledge, information, and belief; that my information is derived from HMSB's written confirmation, invoice, General Terms and Conditions, communications, and business records supplied by HMSB; and that counsel verifies because HMSB is a Singapore corporation whose officers are outside this District and the Vessel's expected arrival requires prompt resort to process. See 28 U.S.C. § 1746; Local Admiralty Rules 1005-1 and 1016-1.

Executed on September 10, 2026.

/s/ J. Stephen Simms
J. Stephen Simms



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289